GOLDSMITH & HULL/File #552872
A Professional Corporation
William I. Goldsmith  (SBN 82183)
Michael L. Goldsmith (SBN 291700)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

```
FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2017

CENTRAL DISTRICT OF CALIFORNIA
BY:    GK         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CHRISTINE VILLIGAN BRUCE aka CHRISTINE BADGLEY,<br><br>            Defendant. | CASE NO. 2:16-cv-06558-CAS-JEM<br><br>DEFAULT JUDGMENT |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) CHRISTINE VILLIGAN BRUCE aka CHRISTINE BADGLEY, on **FEBRUARY 10,2017** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) CHRISTINE VILLIGAN BRUCE aka CHRISTINE BADGLEY, the sum of $2,820.89 principal, $5,940.41 accrued pre-judgment interest, $0.00 penalties/administrative charges, $495.50 court cost, plus $482.01 attorneys

//
//
//

fees, less credits of $0.00, for a total of $9,738.81 plus interest from February 14, 2017, at the rate of $0.62 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: February 28, 2017

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: /s/
DEPUTY CLERK

:P549F